UNITED STATES DISTRICT COURT
District of New Jersey

CHAMBERS OF
JOSE L. LINARES
JUDGE

MARTIN LUTHER KING JR.
FEDERAL BUILDING & U.S. COURTHOUSE
50 WALNUT ST., ROOM 5054
P.O. Box 999
Newark, NJ 07101-0999
973-645-6042

## LETTER ORDER

July 19, 2012

Donald McCauley, AFPD
Federal Public Defender
1002 Broad Street
Newark, NJ 07102

      Re:    **USA v. Gerard Richardson**
              **Criminal No: 91-199-01**

Dear Mr. McCauley:

      The Court has received defendant, Gerard Richardson's request to issue an order indicating that the previous sentence imposed by Retired Judge Alfred M. Wolin is to run concurrent with his State sentence.

      This Court has considered the information on the docket pertaining to this matter, the defendant's letter and your response thereto. The Court finds that Judge Wolin never issued an order indicating that the defendant's sentence for violation of supervised release was to be served concurrent with the sentence imposed by the Superior Court of New Jersey. Therefore, defendant's request is DENIED.

      Please ensure that a copy of this letter-order is served upon Mr. Richardson for his records.

Very truly yours,

Jose L. Linares,
United States District Judge

JLL/ler
cc:    Donna Krappa, AUSA
        Rodney Villazor, AUSA