UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :         Hon. Jose L. Linares

v.                               :         *9/cr/99 (JLL)*
                                             Criminal No. ~~99-199-01~~

                                 :

GERARD RICHARDSON

                                 :         ORDER


The Defendant, Gerard Richardson, having pled guilty to a violation of supervised

release, and having been sentenced on November 21, 1994, by the Honorable Alfred M. Wolin

(now retired), (Donald J. McCauley, Esq. appearing for Defendant and a duly appointed

Assistant United States Attorney appearing on behalf of the United States Attorney for the

District of New Jersey),

IT IS, on this _16_ day of October, 2012,

ORDERED that the Defendant is sentenced to a term of 11months incarceration to run

consecutively to the Defendant's imprisonment under any other state or federal sentence.

ORDERED that upon release from imprisonment, the Defendant shall be on supervised

release for a term of 11 months.



_____
HONORABLE JOSE L. LINARES
United States District Judge